1  WILLIAM SLOAN COATS (STATE BAR NO: 94864)
   CRAIG W. CLARK (STATE BAR NO 226839)
2  WHITE & CASE LLP
3  3000 El Camino Real
   5 Palo Alto Square, 10th Floor
4  Palo Alto, California 94306
   Telephone: 650/213-0300
5  Facsimile:  650/213-8158

6
   Attorneys for Plaintiffs MESA/BOOGIE, LTD
7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | MESA/BOOGIE, LTD.              ) Case No. C 05-04523-JL
14 |                                )
   |       Plaintiffs,              ) **STIPULATION AND [PROPOSED]**
15 |                                ) **ORDER CONTINUING CASE**
   |       v.                       ) **SCHEDULE AND CASE MANAGEMENT**
16 |                                ) **CONFERENCE**
17 | BEHRINGER USA, INC. and         )
   |                                ) Date: March 15, 2006
18 | BEHRINGER HOLDINGS (PTE) LTD.   ) Time: 10:30 a.m.
   |                                ) Crtm: F
19 |       Defendants.              ) Judge: Honorable James Larson
20 |                                )
   |                                )
21 |_____)

22         WHEREAS plaintiff Mesa/Boogie, Ltd. (hereinafter "Plaintiff") filed its

23 Complaint against Behringer USA, Inc. and Behringer Holdings (PTE) Ltd. (hereafter

24 "Defendants") on November 4, 2005;

25         WHEREAS the Court has set February 22, 2006 as the last day to meet and confer

26 re initial disclosures, early settlement, ADR process selection and discovery plan and as the last

27 day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR

28 Phone Conference;

1    WHEREAS the Court has set March 8, 2006 as the last day to complete initial
2 disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and
3 file/serve Rule 26(f) report;

4    WHEREAS the Court has set a Case Management Conference for March 15,
5 2006;

6    WHEREAS Plaintiff and Defendants met in person on or about January 22, 2006
7 and continue to discuss settlement of this action;

8    WHEREAS Plaintiff has withheld service of the Complaint on Defendants to
9 facilitate settlement; and

10    WHEREAS continuance of the Case Schedule and Case Management Conference
11 will conserve judicial resources and facilitate settlement and dismissal of this action;

12    NOW, THEREFORE, Plaintiff, by and through counsel, hereby respectfully
13 requests that the Court order the Case Schedule currently set in this matter continued by 90 days
14 such that:

15    1.    The last day to meet and confer re initial disclosures, early settlement,
16 ADR process selection and discovery plan and the last day to file Joint ADR Certification with
17 Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be May 24,
18 2006;

19    2.    The last day to complete initial disclosures or state objection in Rule 26(f)
20 Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be June 7,
21 2006; and

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PALOALTO 63045 (2K)                                                STIPULATION AND [PROPOSED] ORDER

1   3.   The Case Management Conference currently set for March 15, 2006 in this
2   matter shall be continued by 90 days until June 14, 2006 at ~~9:30 a.m.~~  10:30 a.m.

Dated: February 17, 2006                          Respectfully submitted,

                                                  WHITE & CASE LLP

                                                  By _____
                                                     CRAIG W. CLARK
                                                     Attorneys for MESA BOOGIE, LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED __February 22__, 2006

IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA